UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
RITA FLYNN                                            :
                               Plaintiff,      :   **TRANSFER ORDER**

          -against-                          :   07 Civ. 5821 (AKH)

NEW YORK STATE DIVISION OF PAROLE and :
MICHAEL BURDI,                                    :
                             Defendants.   :
------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      This action involves allegations of employment discrimination in violation of Title VII of the Civil Rights Act of 1964 and the Equal Protection Clause of the Fourteenth Amendment to the United States Constitution. Due to a clerical error, it was designated as a "prisoner petition" case and transferred to me. Because all relevant conduct transpired in Orange County, and because all witnesses and parties are located in Orange County, this case should be returned to the United States District Court of the Southern District of New York in White Plains, New York, pursuant to Rules 21 and 22 of the Local Rules For the Division of Business Among District Judges in the Southern District of New York.

      The Clerk of the Court shall reassign this case to the Court House in White Plains, New York pursuant to Local Rule 22.

      SO ORDERED.

Dated:    July 3, 2007
             New York, New York

                                                      ALVIN K. HELLERSTEIN
                                                      United States District Judge